UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **07-61078** /TORRES

CIV-JORDAN

JAMES L. BUTLER, JR. and BARI L. BUTLER

Plaintiffs,

-vs-

SUKHOI COMPANY, SUKHOI DESIGN BUREAU,
UNITED AIRCRAFT MANUFACTURING CORP.,
IRKUT CORPORATION, SUKHOI CIVIL AIRCRAFT,
and THE RUSSIAN FEDERATION,



FILED by _____ D.C.
INTAKE

AUG -2 2007

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • FT. LAUD.

Defendants.

_____

## COMPLAINT

Plaintiffs, JAMES L. BUTLER, JR., and BARI L. BUTLER, by and through their undersigned counsel, sue the Defendants, SUKHOI AIRCRAFT, SUKHOI DESIGN BUREAU, UNITED AIRCRAFT MANUFACTURING CORP., IRKUT CORPORATION, SUKHOI CIVIL AIRCRAFT and THE RUSSIAN FEDERATION, as allege as follows:

1.      This is an action to enforce a judgment entered on July 23, 2003 in this Court, Case No.: 99-7413-CIV-Highsmith, against Defendants, SUKHOI AIRCRAFT and SUKHOI DESIGN BUREAU in favor of the Plaintiffs in the sum of $3,592,500.00 (Exhibit A).  No part of that judgment has been paid.  Plaintiffs seek to enforce that judgment against Defendants, SUKHOI AIRCRAFT, SUKHOI DESIGN BUREAU, UNITED AIRCRAFT MANUFACTURING CORP., IRKUT CORPORATION, SUKHOI CIVIL AIRCRAFT and THE RUSSIAN FEDERATION, as alter egos of one another and of the judgment debtors, SUKHOI AIRCRAFT and SUKHOI DESIGN BUREAU.

421391v1 996310.0001                       1

## PARTIES

2.     Plaintiffs JAMES BUTLER and BARI BUTLER are individuals residing in the State of Florida.

**Defendants Prior to 2006**

3.     Defendant, THE RUSSIAN FEDERATION, ("RUSSIA"), is a foreign state as defined under the laws of the United States.

4.     Defendant SUKHOI COMPANY known as Sukhoi Company or Sukhoi ("SUKHOI") is a Russian corporation wholly (100%) owned by the foreign state of RUSSIA.

5.     SUKHOI'S principal place of business is in Moscow, Russia with the same address as Defendant SUKHOI DESIGN BUREAU.

6.     SUKHOI is an agency or instrumentality of RUSSIA as defined by 28 U.S.C. §1603 (b).

7.     Defendants SUKHOI and RUSSIA are alter egos of one another.

8.     Defendant SUKHOI DESIGN BUREAU is a Russian corporation owned 50% + 1 share by Defendant SUKHOI.

9.     SUKHOI DESIGN BUREAU'S principal place of business is in Moscow, Russia with the same address as Defendant SUKHOI.

10.     Defendants SUKHOI DESIGN BUREAU and RUSSIA are alter egos of one another.

11.     Defendants SUKHOI and SUKHOI DESIGN BUREAU are alter egos of one another.

12.     Defendant IRKUT is a Russian corporation owned in part by Defendant SUKHOI.

421391v1 996310.0001

13.     Defendant SUKHOI employs approximately 35,000 people, including the employees of Defendant SUKHOI DESIGN BUREAU.

14.     Defendant SUKHOI CIVIL AIRCRAFT, is a Russian corporation and owned 86.84% by Defendant SUKHOI and its principal place of business is in Moscow, Russia with the same address as Defendant SUKHOI.

**Defendants After the Formation of United Aircraft Manufacturing Corp. in 2006**

15.     Defendant, UNITED AIRCRAFT MANUFACTURING CORP., ("UAC"), is a newly formed Russian corporation which is 75% + 1 share owned by Defendant RUSSIA.

16.     On or about February 21, 2006 President Vladimir Putin signed a resolution on forming UAC "to maintain the scientific-industrial potential of Russia's aircraft manufacturing complex, and to ensure the country's security and defense capabilities."

17.     Defendant, UAC, was organized and incorporated by virtue of a decree of the Russian President, Vladimir Putin.

18.     Upon information and belief, the majority of seats on the board of directors of UAC are controlled by RUSSIA.

19.     Upon Information and belief, the chairman of the board of directors of UAC is Sergei, Borisovich, Deputy Prime Minister of Russia, responsible for the defense industry, including the aviation sector.

20.     Defendant, UAC, includes Defendant SUKHOI AIRCRAFT, IRKUT, SUKHOI CIVIL AIRCRAFT among others.

21.     Defendant, UAC, is an agency or instrumentality of RUSSIA as defined by 28 U.S.C. §1603 (b).

22.     Upon information and belief, Defendants SUKHOI, SUKHOI DESIGN

BUREAU, IRKUT and SUKHOI CIVIL AIRCRAFT have been merged into UAC.

23.    Upon information and belief, UAC is the successor in interest to Defendants, SUKHOI, SUKHOI DESIGN BUREAU, IRKUT and SUKHOI CIVIL AIRCRAFT.

24.    Defendants UAC and RUSSIA are alter egos of one another.

25.    Defendants SUKHOI, SUKHOI DESIGN BUREAU, UAC, IRKUT, and SUKHOI CIVIL AIRCRAFT are controlled by Defendant RUSSIA.

26.    SUKHOI and SUKHOI DESIGN BUREAU are Russian aircraft designers and manufactures who sell military aircraft to Iran, Iraq, North Korea, Vietnam, Angola, Ethiopia, Algeria, Syria, Venezuela, China, Libya and others.

27.    Upon information and belief, RUSSIA, SUKHOI and SUKHOI DESIGN BUREAU use correspondent bank accounts in the Untied States to facilitate some of their international civil and military aircraft transactions.

## JURISDICTION AND VENUE

28.    On July 23, 2003 a judgment was entered in this Court, Case No.: 99-7413-CIV-Highsmith, against Defendants SUKHOI AIRCRAFT and SUKHOI DESIGN BUREAU in favor of the Plaintiffs in the sum of $3,592,500.00.  No part of that judgment has been paid.

29.    This Court has jurisdiction to hear this action under 28 U.S.C. §1605(a)(1)(2) and (5) because it involves a foreign state and instrumentalities or agencies of a foreign state not entitled to immunity under 28 U.S.C. §§ 1603, et seq. of the Foreign Sovereign Immunities Act and under FRCP 69(a) to enforce its own judgments.

30.    Venue is appropriate in this judicial district under 28 U.S.C. § 1391(f)(1).

## FIRST CAUSE OF ACTION FOR DECLARATORY JUDGMENT

31.    Plaintiffs repeat and re-allege each of the allegations set forth in paragraphs 1

421391v1 996310.0001

through 30 above with the same force and effect as thought set out at length herein.

32.     Plaintiffs are entitled to a declaratory judgment declaring that:

33.     Defendants RUSSIA and SUKHOI are alter egos of each other.

34.     Defendants RUSSIA and SUKHOI DESIGN BUREAU are alter egos of each other.

35.     Defendants SUKHOI and SUKHOI DESIGN BUREAU are alter egos of each other.

36.     Defendants RUSSIA and UAC are alter egos of each other.

37.     Defendants UAC, SUKHOI and SUKHOI DESIGN BUREAU are alter egos of each other.

38.     Defendants UAC and IRKUT are alter egos of each other.

39.     Defendants UAC and SUKHOI CIVIL AIRCRAFT are alter egos of each other.

40.     Plaintiffs are entitled to a further declaration that the judgment previously entered against Defendants SUKHOI AIRCRAFT and SUKHOI DESIGN BUREAU is enforceable against Defendants SUKHOI, RUSSIA, IRKUT, SUKHOI CIVIL AIRCRAFT and UAC.

WHEREFORE, Plaintiffs demand judgment against each of the Defendants, jointly and severally, in the sum of $3,592,500.00 plus interest from July 23, 2003 and that Plaintiffs have execution thereon and a declaration that:

A.     Defendants RUSSIA and SUKHOI are alter egos of each other.

B.     Defendants RUSSIA and SUKHOI DESIGN BUREAU are alter egos of each other.

C.     Defendants SUKHOI and SUKHOI DESIGN BUREAU are alter egos of each other.

421391v1 996310.0001                    5

D.     Defendants RUSSIA and UAC are alter egos of each other.

E.     Defendants UAC, SUKHOI and SUKHOI DESIGN BUREAU are alter egos of each other.

F.     Defendants UAC and IRKUT are alter egos of each other.

G.     Defendants UAC and SUKHOI CIVIL AIRCRAFT are alter egos of each other.

H.     Plaintiffs are entitled to a further declaration that the judgment previously entered against Defendants SUKHOI AIRCRAFT and SUKHOI DESIGN BUREAU is enforceable against Defendants RUSSIA, IRKUT, SUKHOI COMPANY, SUKHOI CIVIL AIRCRAFT and UAC.

Dated: *August 1, 2007*

KRUPNICK CAMPBELL MALONE
BUSER SLAMA HANCOCK LIBERMAN
& MCKEE
700 Southeast Third Avenue, Suite 100
Fort Lauderdale, Florida 33316
Telephone: (954) 763-8181
Facsimile: (954) 763-8292

-And-

TRIPP SCOTT, P.A.
Attorneys for Plaintiff
110 S.E. 6th Street, 15th Floor
Post Office Box 14245
Fort Lauderdale, Florida 33316
Telephone: (954) 525-6652
Facsimile: (954) 832-9236

By *Melissa Button*
Edward R. Curtis
Florida Bar No. 236845
Melissa L. Button
Florida Bar No. 0027557

421391v1 996310.0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 99-7413-CIV-HIGHSMITH

Magistrate Judge Garber



JAMES L. BUTLER, JR., BARI L.
BUTLER, and AERIAL III, INC.,

      Plaintiffs,

vs.

SUKHOI AIRCRAFT, SUKHOI DESIGN
BUREAU, and ADVANCED SUKHOI
TECHNOLOGIES, n/k/a ADVANCED
TECHNOLOGIES FOR AIRCRAFT
MANUFACTURING,

      Defendants.

_____/

## AMENDED FINAL JUDGMENT

In accordance with the verdict rendered by the jury in this cause, it is

ORDERED AND ADJUDGED that Plaintiff, James L. Butler, Jr. SHALL

RECOVER from the Defendants, Sukhoi Aircraft, Sukhoi Design Bureau, and Advanced

Sukhoi Technologies, n/k/a Advanced Technologies for Aircraft Manufacturing, joint and

severally, the principal sum of $3,592,500.00, plus post-judgment interest at the rate

prescribed pursuant to 28 U.S.C. §1961 from the date of this judgment until payment. It

is further

ORDERED AND ADJUDGED that Plaintiff, Bari L. Butler, SHALL RECOVER

from the Defendants, Sukhoi Aircraft, Sukhoi Design Bureau, and Advanced Sukhoi

**EXHIBIT "A"**



Certified to be a true and
correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____
Date  8/11/03         Deputy Clerk



Technologies, n/k/a Advanced Technologies for Aircraft Manufacturing, jointly and severally, the principal sum of $450,000.00 plus post-judgment interest at the rate prescribed pursuant to 28 U.S.C. §1961 from the date of this judgment until payment.

All pending motions not otherwise ruled upon are denied as moot and this case is closed.

DONE AND ORDERED in chambers, at Miami, Miami-Dade County, Florida, this 2/ day of July, 2003.

SHELBY HIGHSMITH
UNITED STATES DISTRICT JUDGE

Copies to: Walter G. Campbell, Jr., Esq.
Edward R. Curtis, Esq.

Counsel for Plaintiff is directed to provide copies of this order to all defendants, including:
Tatiana V. Mozharova
Advanced Sukhoi Technologies
Sukhoi Aircraft

2

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I (a) PLAINTIFFS**
JAMES L. BUTLER, JR., AND BARI L. BUTLER

**07-61078**

**DEFENDANTS** CIV-JORDAN
SUKHOI COMPANY; SUKHOI DESIGN BUREAU; TORRES
UNITED AIRCRAFT MANUFACTURING CORP.
IRKUT CORPORATION and THE RUSSIAN
FEDERATION,

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _Broward_
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT ____
(IN U.S. PLAINTIFF CASES ONLY)

0:07CV 61078 - Jordan - Torres

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED D.C.
INTAKE

AUG - 2 2007

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. FLA. FT. LAUD.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Edward R. Curtis and Melissa L. Button
Tripp Scott, P.A., 110 SE 6th Street, 15 Flr
Fort Lauderdale Fl 33301  954-525-7500

ATTORNEYS (IF KNOWN)

**(d) CIRCLE COUNTY WHERE ACTION AROSE:**
DADE, MONROE, (BROWARD) PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

**II. BASIS OF JURISDICTION**
(PLACE AN X ONE BOX ONLY)

- ☐ 1. U.S. Government Plaintiff
- ☐ 3. Federal Question (U.S. Government Not a Party)
- ☐ 2. U.S. Government Defendant
- ☒ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**
(For Diversity Case Only)
(PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated of Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☒ 6 |

**IV. CAUSE OF ACTION**
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.) ACTION TO ENFORCE A JUDGMENT.

**IVa.** ____ days estimated (for both sides) to try entire case

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

**A CONTACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) B
- ☐ 153 Recovery of Overpayment of Veteran's Benefits B
- ☐ 160 Stockholder's Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability

**A REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure B
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**A TORTS**

*PERSONAL INJURY*
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

- ☐ 362 Personal Injury-Med Malpractice
- ☒ 365 Personal Injury-Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

*PERSONAL PROPERTY*
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending B
- ☐ 380 Other Personnel Property Damage
- ☐ 385 Property Damage Product Liability

**A CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

**B PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence Habeas Corpus
- ☐ 530 General *
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other *
- ☐ 550 Civil Rights * A or B

**B FORFEITURE PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**A LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor Management Relations B
- ☐ 730 Labor Management Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Ret. Inc. Security Act B

**A BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**A PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**B SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**A FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS-Third Party 26 USC 7609

**A OTHER STATUS**
- ☐ 400 States Reappointment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc. B
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12USC3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions * * A or B

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)
- ☒ 1. Original Proceeding
- ☐ 2. Removed From State Court
- ☐ 3. Remanded from Appellate Court
- ☐ 4. Refiled
- ☐ 5. Transferred from another district (Specify)
- ☐ 6. Multidistrict Litigation
- ☐ 7. Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT**
CHECK IF THIS IS A CLASS ACTION ☐ UNDER F.R.C.P. 23
DEMAND $ ____
Check YES only if demanded in complaint:
☐ Check YES only if demanded in complaint
**JURY DEMAND:** ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):
JUDGE ____
DOCKET NUMBER ____

DATE 7-31-07

SIGNATURE OF ATTORNEY OF RECORD

UNITED STATES DISTRICT COURT
S/F I-2
REV. 9/94

FOR OFFICE USE ONLY: Receipt No. 540605    Amount: 350 00

Date Paid: ____    M/ifp: ____