UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 07-61078-CIV-COOKE/BANDSTRA

JAMES L. BUTLER, JR.,
BARI L. BUTLER,

    *Plaintiffs*,

v.

SUKHOI COMPANY, *et al.*,

    *Defendants*.

_____/

### ORDER OF DISMISSAL

THIS MATTER is before me *sua sponte* in light of the recent ruling of the Eleventh Circuit Court of Appeals regarding this case. *See Butler v. Sukhoi Co.*, No. 08-14523, 2009 WL 2514088 (11th Cir. Aug. 19, 2009). Consistent with the opinion of the Eleventh Circuit, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** as follows:

1. This case is **DISMISSED WITHOUT PREJUDICE**.

2. The Clerk shall **CLOSE** this case.

3. All pending motions are denied as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 31st day of August, 2009.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*The Honorable Ted E. Bandstra*
*All counsel of record*